UNITED STATES DISTRICT COURT
NORTHERN DISTRICT GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KERRA GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-00138-TCB-RGV |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, and NATIONAL CREDIT SYSTEMS, INC. | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF SETTLEMENT AS TO**
**EQUIFAX INFORMATION SERVICES, LLC**

Plaintiff, KERRA GRIFFIN ("Plaintiff"), by and through her attorneys, informs this Honorable Court that Plaintiff and Defendant, EQUIFAX INFORMATION SERVICES, LLC, have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, EQUIFAX INFORMATION SERVICES, LLC, with prejudice, within 60 days.

DATED: October 9, 2024

                          RESPECTFULLY SUBMITTED,

                          By: /s/Shireen Hormozdi Bowman
                               Shireen Hormozdi Bowman
                               SBN: 366987
                               Hormozdi Law Firm, LLC

        1770 Indian Trail Lilburn Road
        Norcross, GA 30093
        Tel: 678-395-7795
        Fax: 866-929-2434
        shireen@norcrosslawfirm.com
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on January 12, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                              By: /s/Shireen Hormozdi Bowman
                                    Shireen Hormozdi Bowman