## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT GEORGIA
## NEWNAN DIVISION

| | |
|---|---|
| KERRA GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-00138-TCB-RGV |
| | ) |
| EQUIFAX INFORMATION SERVICES LLC, and NATIONAL CREDIT SYSTEMS, INC., | ) ) ) |
| | ) |
| Defendants. | ) |

## NOTICE OF SETTLEMENT AS TO NATIONAL CREDIT SYSTEMS, INC.

Plaintiff, KERRA GRIFFIN ("Plaintiff"), by and through her attorneys, informs this Honorable Court that Plaintiff and Defendant, NATIONAL CREDIT SYSTEMS, INC., have reached a settlement in this case. Plaintiff anticipates dismissing Defendant, NATIONAL CREDIT SYSTEMS, INC., with prejudice, within 60 days.

DATED: October 30, 2024

                        RESPECTFULLY SUBMITTED,

                        By: /s/Shireen Hormozdi Bowman
                            Shireen Hormozdi Bowman
                            SBN: 366987
                            Hormozdi Law Firm, LLC

        1770 Indian Trail Lilburn Road
        Norcross, GA 30093
        Tel: 678-395-7795
        Fax: 866-929-2434
        shireen@norcrosslawfirm.com
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I certify that on October 30, 2024, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                                            By: /s/Shireen Hormozdi Bowman
                                                  Shireen Hormozdi Bowman