UNITED STATES DISTRICT COURT
NORTHERN DISTRICT GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| KERRA GRIFFIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:24-cv-00138-TCB-RGV |
| | ) |
| EQUIFAX INFORMATION | ) |
| SERVICES LLC, and NATIONAL | ) |
| CREDIT SYSTEMS, INC. | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, KERRA GRIFFIN ("Plaintiff"), and Defendants, EQUIFAX INFORMATION SERVICES, LLC and NATIONAL CREDIT SYSTEMS, INC. (collectively "Defendants"), hereby stipulate and agree that the above-captioned lawsuit and all claims that were brought or that could have been brought against Defendants in this action are hereby dismissed with prejudice and that each party shall bear their own fees and cost.

DATED: February 13, 2025

        RESPECTFULLY SUBMITTED,

        By: /s/Shireen Hormozdi Bowman
          Shireen Hormozdi Bowman
          SBN: 366987
          Hormozdi Law Firm, LLC
          1770 Indian Trail Lilburn Road
          Norcross, GA 30093
          Tel: 678-395-7795
          Fax: 866-929-2434
          shireen@norcrosslawfirm.com
          Attorney for Plaintiff

By: /s/ Jonathan Green
Jonathan Green
Ga. Bar No. 307053
National Credit Systems, Inc.
P.O. Box 672288;
Marietta, GA 30006 404-629-9595
jgreen@nationalcreditsystems.com
Attorney for National Credit Systems, Inc.


By: /s/ Allison Rhadans
Allison Rhadans
Ga. Bar No. 940557
Allison.Rhadans@equifax.com
Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia 30309
Ph. 470-714-5657
Attorney for Equifax Information Services LLC

## CERTIFICATE OF SERVICE

I certify that on February 13, 2025, a true and correct copy of the foregoing document was electronically filed with the Court's CM/ECF system to be sent via the electronic notification system to all counsel of record.

                                        By: /s/Shireen Hormozdi Bowman
                                                Shireen Hormozdi Bowman